**Opinion issued October 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-25-00589-CV**

—————————————

**IN THE INTEREST OF C.D.B., JR., C.B. A/K/A C.D.B., AND Z.E.S.**

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-00897J**

## MEMORANDUM OPINION

Appellant, A.S., has filed an unopposed motion to dismiss this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

### PER CURIAM

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.